DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO INDEMNITY COMPANY,**
Appellant,

v.

**TOTAL ORTHOPAEDICS CARE P.A.** a/a/o **PETER BURRAGE,**
Appellee.

No. 4D21-129

[June 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. CACE19-3464 and COCE16-18924.

Michael A. Rosenberg, Thomas L. Hunker, Peter D. Weinstein and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

David B. Pakula of David B. Pakula, P.A., Pembroke Pines and Amir Fleischer of Marks & Fleischer, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Geico Indem. Co. v. Muransky Chiropractic P.A.*, No. 4D21-457 (Fla. 4th DCA June 24, 2021).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***